UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JUAN SANTANA Individually, and On : Case No.: 1:23-cv-01083
Behalf of All Others Similarly Situated,

      Plaintiff,

vs.              : **NOTICE OF SETTLEMENT**

CAMOFIRE, L.L.C.,

      Defendant.

---------------------------------------------------------------x

  Plaintiff JUAN SANTANA ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant CAMOFIRE, L.L.C., ("Defendant") (collectively, the "parties"), and states as follows:

  1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

  2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED: November 20, 2023                           **MIZRAHI KROUB LLP**

                                           /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

Edward Y. Kroub
225 Broadway, 39th Floor
New York, NY  10007
Telephone: 212-595-6200
Fax: 212-595-9700
Email: Ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

- 2 -